IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JAN - 8 2019
Clerk, U S District Court
District Of Montana
Billings

In re: JERRY ROY JACOBS,

Petitioner.

Cause No. CV 19-02-BLG-SPW

ORDER

On January 4, 2019, the Court received from Mr. Jacobs a petition for writ of mandamus. He failed to pay the filing fee of $400 and also failed to file a motion to proceed in forma pauperis. But there is no reason to delay a resolution.

Jacobs asks the Court to order law enforcement to "bring charges or bring to light any ongoing investigations which could affect my life, liberty, or pursuit thereof." Pet. (Doc. 1) at 1. The Court is not aware of any law permitting it or Jacobs to require disclosure of any ongoing investigation or require charges to be filed.

Accordingly, IT IS HEREBY ORDERED that Jacobs' petition for writ of mandamus (Doc. 1) is DENIED and DISMISSED. The clerk shall enter, by separate document, a judgment of dismissal. Any appeal from this disposition would not be taken in good faith. *See* Fed. R. App. P. 24(a)(4)(B).

DATED this 8th day of January, 2019.

Susan P. Watters
United States District Court